MAR 20 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0823-DMS |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| CARLOS JIMENEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 21, 2008, within the Southern District of California, defendant CARLOS JIMENEZ, did knowingly and intentionally import approximately 43.20 kilograms (95.04 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:San Diego
3/5/08