# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Carlos Jimenez__   No. __08cr0823-DMS__

The Court finds excludable delay, under the section indicated by check (✓), commenced on __4/10/08__ and ended on __6/22/08__ ; (X7,XT)

_____ and ended on _____ . (    )

| | 3161(h) | | |
|---|---|---|---|
| ___ | (1)(A) | Exam or hrg for **mental or physical incapacity** | A |
| ___ | (1)(B) | NARA examination (28:2902) | B |
| ___ | (1)(D) | State or Federal trials or **other charges pending** | C |
| ___ | (1)(E) | **Interlocutory appeals** | D |
| ___ | (1)(F) | **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
| ___ | (1)(G) | Transfers from other district (per FRCrP 20, 21 & 40) | F |
| ___ | (1)(J) | Proceedings **under advisement** not to exceed thirty days | G |
| ___ | | Misc proc: Parole or prob rev, deportation, **extradition** | H |
| ___ | (1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less | 6 |
| X | (1)(I) | Consideration by Court of **proposed plea agreement** | (7) |
| ___ | (2) | **Prosecution deferred** by mutual agreement | I |
| ___ | (3)(A)(B) | Unavailability of defendant or **essential witness** | M |
| ___ | (4) | Period of **mental or physical incompetence** of defendant to stand trial | N |
| ___ | (5) | Period of NARA commitment or treatment | O |
| ___ | (6) | Superseding indictment and/or new charges | P |
| ___ | (7) | Defendant awaiting trial of co-defendant when no severance has been granted | R |
| ___ | (8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| X | (8)(B)(I) | 1) Failure to grant a continuance in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice)<br>2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) | (T1) |
| ___ | (8)(B)(ii) | 2) **Case unusual or complex** | T2 |
| ___ | (8)(B)(iii) | 3) Indictment following arrest **cannot be filed** in thirty (30) days | T3 |
| ___ | (8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) | T4 |
| ___ | 3161(I) | Time up to **withdrawal of guilty plea** | U |
| ___ | 3161(b) | Grand jury indictment time extended thirty (30) more days | W |

Date __4-10-08__                         __/s/__ Judge's Initials